UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, USMJ |
| v. | : | Mag. No. 19-1589 (DEA) |
| GERALE RAWLES | : | |

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Martha K. Nye, Assistant U.S. Attorney, appearing), and defendant GERALE RAWLES (Andrea Bergman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 30, 2021, to permit the defendant and his counsel time to review informal discovery to be provided, and to engage in plea negotiations, if the defendant desires to do so; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to this continuance; there having been three prior continuances; and defendant having waived his right to a speedy trial, and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his counsel have expressed a desire to review informal discovery materials to be provided by the United States, to confer to discuss how to proceed;

-1-

(2) Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(3) The defendant has consented to the continuance; and

(4) The granting of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this  31st  day of  August , 2021,

ORDERED that this action be, and hereby is, continued from the date of the entry of this Order to and including November 30, 2021, and it is further

ORDERED that the period from the date of the entry of this Order through and including November 30, 2021, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Seen and agreed to by:

*s/Martha K. Nye*
Martha K. Nye
Assistant U.S. Attorneys

Andrea Bergman, Esq.
Counsel for Defendant Gerale Rawles